UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHERYL J. LATOS,
Plaintiff

v.

UNITED STATES OF AMERICA,
Defendant

CA 06 514 T

Civil Action

COMPLAINT

Pursuant to the order of the United States Tax Court dated November 3, 2006 (Exhibit A) dismissing plaintiffs' petition for lack of jurisdiction, plaintiffs seek judicial review of the Internal Revenue Service's Notice of Determination concerning collection actions under section 6320 and/or 6330 dated February 16, 2006 (Exhibit B), for the following reasons:

1. In 1997, an Appeals officer determined that the plaintiff's former spouse James E. Anderson, was an employee for employment tax purposes for tax year 1994. The appeals officer assessed the employee FICA tax against the plaintiff and Anderson.

2. The Notice of Federal Tax Lien Filing, dated 11/12/2003 (exhibit C), identified a 1040 tax assessment for tax year 1994.

3. The Collection Due Process telephone hearing was held on January 24, 2006.

4. The appeals officer failed to obtain verification that the requirements of any applicable law or administrative procedure have been met (IRC 6330(c)(1)), specifically, the laws governing the collection of employment, subtitle C, taxes, .

5. The Appeals officer failed to consider the collection alternatives that are the duly enacted collection methods authorized by Congress for the collection of employment taxes, subtitle C, chapter 24 (IRC §§ 3102 and 3403, Treas. Reg. 31.6205-1(b)(3): *United States v. Galletti*, 541 US 114 (2004); *Otte v. United States*, 419 U.S. 43 (1974);*Slodov v. United States*, 436 U.S. 238 (1978); *Knott v. United States*, 50 AFTR 2d 82-5810 (1982)), and whether the proposed collection action balances the need for the efficient collection of taxes (IRC §§ 3102 and 3402).

7. Although the Internal Revenue Service identifies the tax due for 1994 as a 1040, subtitle A tax, the US Tax Court determined that the plaintiff had been assessed FICA, subtitle C, tax.

8. The United States District court has jurisdiction under IRC § 6330(d)(1)(B).

9. The collection action proposed is arbitrary, capricious, and contrary to law.

WHEREFORE, plaintiff prays that the Internal Revenue Service be enjoined from proceeding with enforced collection action against the plaintiffs and be ordered to comply with the laws and regulations established by Congress for the collection of employment taxes.

Respectfully submitted,

Cheryl J. Latos, *pro se*
215 Pine Hill Rd.
Wood River Jct., RI 02894
(401)364-9624

Date: November 25, 2006