CERTIFIED MAIL: 7102 4473 0354 5207 5906
Letter Date : 11/12/2003

Person to Contact:
ROBERT MURPHY
04-01299

Telephone Number:
(617) 316-2617

Social Security or
Employer ID Number:
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

MAILED TO:
JAMES ANDERSON
215 PINE HILL RD
WOOD RIVER JCT, RI 02894-1004

JAMES ANDERSON & CHERYL LATOS

215 PINE HILL RD
WOOD RIVER JCT, RI 02894-1004

NOTICE OF FEDERAL TAX LIEN FILING AND YOUR RIGHT TO A HEARING UNDER IRC 6320

This letter is to inform you that we have filed a Notice of Federal Tax Lien. In this letter we'll also explain your right to appeal the collection action and how you can get a release of the federal tax lien.

We Filed A Notice Of Federal Tax Lien

We filed a Notice of Federal Tax Lien on 11/07/2003 because our records show the following:

| Type of Tax | Tax Period | Amount Owed |
|---|---|---|
| 1040 | 12/31/1994 | 6206.66 |
| 1040 | 12/31/1995 | 5899.85 |
| 1040 | 12/31/1996 | 14367.25 |
| 1040 | 12/31/1997 | 3755.53 |
| 1040 | 12/31/2001 | 7381.63 |
| 1040 | 12/31/2002 | 5918.52 |

The lien attaches to all property you currently own and to all property you may acquire in the future. It may also damage your credit rating and hinder your ability to obtain additional credit.

You Have the Right to a Hearing

You have a right to request a hearing with us to appeal this collection acti and to discuss your payment method options. To explain the different collection appeal procedures available to you, we've enclosed Publication 1660, Collection Appeal Rights.

If you want to request a hearing, please complete the enclosed form 12153, Request for a Collection Due Process Hearing, and mail it to:

Internal Revenue Service
P.O. BOX 9112
J.F.K. BLDG. STOP 20800
BOSTON, MA 02203

We must receive your hearing request by 12/15/2003.

Exc

Letter 3172(DO) (Rev.11-2000)

How to Get a Release of the Federal Tax Lien

We'll issue a Certificate of Release of the Federal Tax Lien within 30 days after you pay the full amount owed. To get your current balance, contact the person whose name and telephone appear at the top of this letter.

We'll also release the lien within 30 days after we accept a bond guaranteeir payment of the amount owed or after we adjust your account based on the decision of your requested hearing. An explanation of how to get a lien released is in the enclosed Publication 1450, Instructions on Requesting a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Director, Campus Compliance Operations

Enclosures:
Pub. 1
Pub. 1450
Pub. 1660
Form 668Y, Notice of Federal Tax Lien
Form 12153, Request for a Collection Due Process Hearing