UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHERYL J. LATOS,
Plaintiff

v.

UNITED STATES OF AMERICA,
Defendant

CA No. 06 514

Civil Action

## MOTION TO PROCEED IN FORMA PAUPERIS

The Plaintiff requests permission to commence action against the defendant named above without the payment of fees, costs, or security. An affidavit in support of this motion is attached.

Respectfully submitted,

Cheryl J. Latos, pro se

Cheryl J. Latos, *pro se*
215 Pine Hill Rd.
Wood River Jct., RI 02894
(401)364-9624

Date: November 25, 2006