UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL J. LATOS, Plaintiff, | : | |
| v. | : | CA 06-514 T |
| UNITED STATES OF AMERICA, Defendant. | : | |

**ORDER**
**FOR SUPPLEMENTATION**

Before the Court is Plaintiff's Motion to Proceed in Forma Pauperis ("Motion"). In the accompanying Affidavit or Declaration in Support of Motion for Leave to Proceed *in Forma Pauperis* ("Affidavit"), Plaintiff states that the amount of her home-mortgage payment is $690.00 per month. The Court requires additional information in order to rule upon the Motion. Accordingly, Plaintiff is directed to file a supplement within ten (10) days which provides:

1) the address of the real estate for which Plaintiff makes monthly payments of $690.00 per month;
2) the name and address of the entity to whom Plaintiff makes the payments;
3) the name of the town which taxes this real estate;
4) the present amount of mortgage indebtedness on the real estate (i.e., the present amount which remains to be paid on the mortgage(s)); and
5) the amount of Plaintiff's equity in the real estate (i.e., the difference between the fair market value of the real estate and the amount of the mortgage indebtedness).

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 4, 2006

BY ORDER:

Deputy Clerk