UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL J. LATOS,
Plaintiff
v.
UNITED STATES OF AMERICA,
Defendant

CA 06-514T

RESPONSE TO ORDER FOR SUPPLEMENTATION

Pursuant to the order of the United States District Court for the District of Rhode Island dated December 4, 2006, for supplemental information in support of plaintiff's motion to proceed in Forma Pauperis, the plaintiff hereby provides the following requested information:

1. The real estate address for the property the plaintiff makes monthly payments is 215 Pine Hill Rd., Wood River Jct., RI. 02894.

2. The monthy payments are made to the Washington Trust Company, PO Box 512, Westerly, RI 02891.

3. The property is located in the town of Richmond, RI.

4. The amount remaining on the loan is $19,553.

5. The property was evaluated at $193,000. The difference between the valuation and the mortgage indebtedness is $173,467. The property is encumbered by liens from the Internal Revenue Service as evidenced by Ex. B of plaintiff's complaint.

Respectfully submitted,

Cheryl J. Latos, *pro se*
215 Pine Hill Rd.
Wood River Jct., RI 02894
(401)364-9624

Date: December 7, 2006