UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL J. LATOS, Plaintiff, | : | |
| v. | : | CA 06-514 T |
| UNITED STATES OF AMERICA, Defendant. | : | |

**ORDER**
**GRANTING MOTION**
**TO PROCEED IN FORMA PAUPERIS**

The Court has reviewed Plaintiff's response to the Order for Supplementation (Document ("Doc.") #3). See Response to Order for Supplementation (Doc. #4). Plaintiff's Motion to Proceed in Forma Pauperis is GRANTED.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 19, 2006

BY ORDER:

Deputy Clerk