UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHERYL J. LATOS, Plaintiff | ) | |
| v. | ) | Civil No. 1:06-514-T-DLM |
| UNITED STATES OF AMERICA, Defendant | ) | |

**UNITED STATES' MOTION FOR JUDGMENT AFFIRMING THE DETERMINATION OF THE INTERNAL REVENUE SERVICE**

The United States, by undersigned counsel, hereby moves for entry of judgment in its favor affirming the determination of the Internal Revenue Service to sustain the filing of a Notice of Federal Tax Lien against Plaintiff Cheryl J. Latos in order to collect her liability for Federal Insurance Contributions Act (FICA) taxes for the 1994 tax year.

A memorandum in support of the motion is filed and served concurrently herewith.

Respectfully submitted,

ROBERT M. CORRENTE
United States Attorney

/s/ Robert J. Kovacev

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2007, a copy of the foregoing United States' Motion for Judgment Affirming the Determination of the Internal Revenue Service was filed electronically and served by mail on the following:

Cheryl J. Latos
215 Pine Hill Road
Wood River, RI 02894

/s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Robert.J.Kovacev@usdoj.gov