# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JAMES M. ANDERSON<br>CHERYL J. LATOS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No: CA 00 548 ML |

**ORDER**

This matter came before the Honorable Mary M. Lisi on the 30th day of July, 2001 on the Defendant's Motion for Judgment Affirming Determination of Internal Revenue Service. After hearing thereon, it is hereby **ORDERED** that Defendant's Motion for Judgment is granted.

So Ordered this 30th day of July, 2001.

Mary M. Lisi
Mary M. Lisi
United States District Court Judge

ENTER:

Barbara Barletta

Date: 7/30/01

8