UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL J. LATOS,
Plaintiff

v. CA 06-514T

UNITED STATES OF AMERICA,
Defendant

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), the plaintiff respectfully moves for entry of summary judgment granting the plaintiff's request to rescind the Notice of Determination upholding the Internal Revenue Service's filing of a federal tax lien to collect employment taxes from her for tax year 1994.

A memorandum setting forth the reasons for the objection and a statement of undisputed facts are enclosed.

Respectfully submitted,

Cheryl J. Latos, *pro se*
215 Pine Hill Rd.
Wood River Jct., RI 02894
(401)364-9624

Date: May 13, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL J. LATOS,
Plaintiff
v.
UNITED STATES OF AMERICA,
Defendant

CA 06-514T

PLAINTIFF'S MEMORANDUM IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT

Summary judgment is appropriate "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed. R. Civ. P. 56(c).

There is no issue as to any material fact in this case. The plaintiff's former spouse was determined by the Internal Revenue Service to be an employee for tax year 1994. The defendant does not dispute his employee status.

The tax liability at issue is an employment, FICA, tax. Defendant's memorandum, p. 6, footnote #4.

The liability for employment tax is a matter of federal law, IRC § 3102, 3403, *United States v. Galletti*, 541 U.S. 114 (2004). *United States v. Energy Resources Co.*, 495 U.S.. 545 (1990); *Begier v. Irs*, 496 U.S. 53 (1990); *Slodov v.U.S*_436 U.S. 238 (1978); *United States v. Sotelo*, 436 U.S. 268 (1978); *Otte v. United States*, 419 U.S. 43 (1974); *Springfield v. USA*, 88 F.3d 750 (9th Cir., 1996), 78 A.F.T.R. 2d (RIA) 5185.;_*Knott v. United States*, 50 AFTR 2d 82-5812 (M.D.N.C. 1982), 50 A. F. T. R. 2d (RIA) 5812; *Salazar v. Brown*, 940 F. Supp.160

(1996); 79 A.F.T.R. 2d (RIA) 1103): *Vinick v. United States*, United States Court of Appeals for the First Circuit, No. 98-2143 (March 8, 2000). *Orion Contracting Trust v. Commisioner*, T.C. Memo 2006-211 (2006); *Images in Motion of El Paso, Inc. v. Commissioner*, T.C. Memo 2006-19 (2006); *People Place Auto Hand Carwash, LLC v. Commissioner*, 126 T.C. No. 19 (2006); *Transport Labor Contracting/Leasing, Inc. v. Commissioner*, T.C. Memo. 2005-173 (2005); *Grothues v. Commissioner*, T.C. Memo. 2002-287.

The Notice of Determination issued to the plaintiff is arbitrary, capricious, and contrary to law and should therefore be rescinded.

Respectfully submitted,

Cheryl J. Latos, *pro se*
215 Pine Hill Rd.
Wood River Jct., RI 02894
(401)364-9624

Date: May 13, 2007