UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHERYL J. LATOS,
Plaintiff

v. CA 06-514T

UNITED STATES OF AMERICA,
Defendant

# PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT

Plaintiff's former spouse James E. Anderson tax status for tax year 1994 was that of employee.

Subtitle C of the Internal Revenue Code governs the collection of employment taxes.

Respectfully submitted,

Cheryl J. Latos, *pro se*
215 Pine Hill Rd.
Wood River Jct., RI 02894
(401)364-9624

Date: May 13, 2007

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION AND ENCLOSURES were served on respondent by mailing the same on May 14, 2007 in a postage -paid wrapper addressed to

Robert J. Kovacev
Trail Attorney, Tax Division
US Deptartment of Justice
PO Box 55
Ben Franklin Station
Washington, DC 20044

Date: May 14, 2007

Cheryl J. Latos