UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHERYL LATOS

v. CA No. 06-514-T

UNITED STATES OF AMERICA

**ORDER TRANSFERRING CASE TO JUDGE LISI**

This case appears to raise the same issues previously decided by Judge Lisi in prior litigation between these parties. See, Anderson v. United States of America, CA 00-548-ML. However, because the plaintiff did not note the prior case on the civil cover sheet as required by L.R.Cv. 5(b), the case was randomly assigned to me. Accordingly, pursuant to L.R.Gen. 105(a)(3) the case is hereby transferred to Judge Lisi.

By Order

[signature]
Deputy Clerk

ENTER:

[signature: Ernest C. Torres]
Ernest C. Torres
Sr. U.S. District Judge

Date: 6/9/07