UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHERYL J. LATOS

v. CA 06-514 ML

UNITED STATES OF AMERICA

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Judgment Affirming the Determination of the Internal Revenue Service. This Court has previously ruled that the Plaintiff is liable for FICA taxes for 1994. That ruling was affirmed by the Court of Appeals. Anderson v. United States, 29 Fed. Appx. 619, 2002 WL 431889 (1st Cir.), *cert. den*. 537 U.S. 1020 (2002).

In this action, Plaintiff contends that the settlement officer at the administrative Collection Due Process hearing abused her discretion in sustaining the IRS collection action in this case. Plaintiff's claim here is a repeat of the claim decided in Latos (I).

For the reasons set forth in Defendant's Memorandum in Support of its Motion for Judgment Affirming the Determination of the Internal Revenue Service, Plaintiff's

Motion for Summary Judgment is DENIED, and Defendant's Motion for Judgement Affirming the Determination of the Internal Revenue Service is GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 15, 2007