# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CHERYL L. LATOS**

**VS.** **C.A. NO. 06-514ML**

**UNITED STATES OF AMERICA**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, United States of America, against the plaintiff, Cheryl L. Latos, pursuant to the Memorandum and Order dated June 15, 2007 GRANTING defendant's Motion for Judgment Affirming the Determination of the Internal Revenue Service and DENYING plaintiff's Motion for Summary Judgment.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: June 19, 2007